# United States District Court

Central Division for the District of Utah



John Adam Sorg

v.

Federal Bureau of Investigation

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 2:14-cv-00128-TS

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

[✓] GRANTED.

[ ] DENIED, for the following reasons:

ENTER this __25__ day of __Feb.__, 20__14__

_Brooke C. Wells_
Signature of Judicial Officer

Brooke C. Wells, Chief U.S. Magistrate Judge
Name and Title of Judicial Officer